No. 514. ROTH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* and *Bernard J. Mellman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 515. BERSON ET AL. *v.* KAUFMAN ET AL. C. A. 7th Cir. Certiorari denied. *Horace A. Young* for petitioners. *Leslie Hodson, William B. McIlvaine, Clarence E. Fox, Harold A. Smith, Charles R. Aiken, Richard F. Watt* and *A. Bradley Eben* for respondents.

No. 518. POSNER ET AL., EXECUTORS, *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 519. RITTENBERG ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert Weinstein* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for the United States.

No. 530. BLUE MOUNTAIN CONSTRUCTION Co. *v.* WERNER ET AL. C. A. 9th Cir. Certiorari denied. *Richard S. Munter* for petitioner. *Maurice E. Tarshis* for respondents.

No. 531. PEORIA HOUSING AUTHORITY *v.* SECURITY INSURANCE Co. ET AL. C. A. 7th Cir. Certiorari denied. *James T. McNelis* for petitioner. *John E. Cassidy, Sr.* for respondents.